# Third District Court of Appeal

## State of Florida

Opinion filed November 29, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-0171
Lower Tribunal No. 188136-16-AG

_____

## Oliver Aguero, VI,
Appellant,

vs.

## Department of Financial Services,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.110(a)(2) of a final order of the Department of Financial Services.

Oliver Aguero, VI, in proper person.

Matthew R. Daley, Assistant General Counsel (Tallahassee), for appellee.

Before SUAREZ, LAGOA and SCALES, JJ.

PER CURIAM.

Upon review of Appellant's initial brief, we find no preliminary basis for reversal has been demonstrated. We, therefore, summarily affirm the order on appeal. See Fla. R. App. 9.315(a).